FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2020 JAN 16 PM 4:00

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. Arapahoe County 12DR0439
(To be supplied by the court)

Kristina M. Klundt, Katie Leann Liscomb, Plaintiff

v.

$75,000. Compensation for Victimizing & Stalking w/ Immediate Protection order in place Marie Ann Kent Daniel Gardener, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

Hate Crime / Stalking / Assault w/ attempt Murder
Abuse of my Human Rights, with Immediate Actions from
The United Nations

**COMPLAINT**

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A.   PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Kristina M. Klundt @ 781 Knox Ct. Denver, CO 80219
(Name and complete mailing address)

3401 W. Virginia Ave Denver CO 80219
(Telephone number and e-mail address) 8590 W. Alameda Dr

Stolen m/ purchased [?] Lakewood CO 80232

**B.   DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Marie Ann Kent
(Name and complete mailing address)

Jeremy Knight, Daniel Gardener / Detective Rachael Eide
(Telephone number and e-mail address if known)

Katheryn Lloyd, Defendant 2: Paul H. Sadar / Steven's / Tara Cunningham
All male (4/16/20) (Name and complete mailing address)
Door Security @ Milton Liscomb / James Liscomb / Curtis Kule
Door (Telephone number and e-mail address if known)

Defendant 3: Districts 4, 1, Headquarters
(Name and complete mailing address)
and 3 of Entirety of Sherriff's
(Telephone number and e-mail address if known)

Severe Stalking Abuse for 2 weeks Now

Defendant 4: Municipal Depties' Officers (Units 4301, Unit 6551)
(Name and complete mailing address)
& Mr. Sargent Jennihan w/
(Telephone number and e-mail address if known)

Entire "Agents" / Police Officers of Wheatridge & Jefferson County, Thornton; Milton's Aurora Race Crew & All females @ Human Services

**D.  STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: — Rachel Eide — tortured stalked stole my identity and Robbed me of my property.

Supporting facts: — Paid Police to attack

- has physically stolen and stalked, and is not mentally well from committing torture and Hate Crimes against me.

- Cultic
- Gang Stalking
- Identity Theft
- University Accounts hacked
- Attempted Murder
- Bank Robbery
- Manipulation
- Theft of pictures, food, clothes, Belongings, property
- Tresspassing
- Isolation for Land, Commercial realestate, own sick enjoyment and many houses of paid off Land & Realestate
- Auto theft over 2 times

### E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

- all eight paid off properties of homes
- land, office and garage
- New Identities
→ Stolen Car $ 75,000. — in Compensation
Immediate Permanent Protection Orders for: Kristina M. Kunott, Kayla Kunz, Heather Liscomb, Jasper Kuntz,
→ Katie Leann Liscomb → Daniel Gardener → Marie Ann Kent
→ Debra Gardener      HATE CRIME   → Stalks/attacks + puts
(Cut) Intentional Hate Crimes of murder                others to enslave as well
                                                         — Mental Health
                                                         assessment of 5 panel hair screen

### F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

with out prejudice, USC 1-307; USC 1-207 BSBAC

_____
(Plaintiff's signature)  Kristina M. Kunott

January 16, 2020
(Date)

(Revised December 2017)

6